# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PARS EQUALITY CENTER, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>ANTONY J. BLINKEN, *et al.*,<br><br>Defendants. | CIVIL CASE NO.: 3:24-cv-00001(SI)<br><br>[~~PROPOSED~~]<br>**ORDER OF DISMISSAL WITH PREJUDICE** |

**IT IS HEREBY ORDERED** that, pursuant to the stipulation of the parties under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the above-captioned actions are hereby dismissed with prejudice as to all claims, causes of action, and parties, with each party bearing that party's own attorney's fees and costs. The clerk is directed to close the files.

Dated: **February 24, 2025**

_____
**HONORABLE SUSAN ILLSTON**
UNITED STATES DISTRICT JUDGE